No. 637. SEABOARD AIR LINE RY. Co. *v.* SPENCER. February 23, 1932. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Mr. Murray*

*Allen* for petitioner. *Messrs. Clyde A. Douglass* and *Robert N. Simms* for respondent.